UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-10110-RGS

CHANGGANG LI

v.

BELMONT POLICE DEPARTMENT and CAMBRIDGE DISTRICT COURT

ORDER

April 10, 2019

Changgang Li, a resident of Warren, New Hampshire, brings this action against the Belmont Police Department and the Cambridge District Court concerning his arrest and subsequent prosecution. *See* Docket No. 1.

On January 25, 2019, a Memorandum and Order (Docket No. 11) issued directing Li to show good cause why his complaint should not be dismissed, or in the alternative, file an amended complaint. Among other things, the Order states that the named defendants (a police department and a district court) are not "persons" within the meaning of 42 U.S.C. § 1983. In order to hold the police department or the district court liable for actions of individual employees, plaintiff must provide factual allegations that would support a claim of supervisory liability.

In response, Li filed a three-page response setting forth the reasons he believes this case should not be dismissed. *See* Docket No. 12. Li's response,

as did his original complaint, describes his arrest by the Belmont Police Department and the subsequent proceedings in the Cambridge District Court. *Id.* Specifically, Li asks this Court to "strengthen [the administration of justice] in enforcement according to law, and not rely on personal, prejudicial administration that would, based on one person's lies, destroy another person's life." *Id.* at ¶ IV, *see also id.* at p. 3 (last paragraph).

After review of the show cause response, the Court finds that Li failed to demonstrate good cause why this action should not be dismissed.

Based upon the foregoing, and in accordance with the Memorandum and Order dated January 25, 2019, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

        SO ORDERED.

        /s/ Richard G. Stearns_____
        UNITED STATES DISTRICT JUDGE